IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREA BECK,<br><br>　　　　　Defendant.　　　　　　／ | No. C 06-80361 MISC-SI<br><br>**PRE-FILING REVIEW ORDER: COMPLAINT NOT ACCEPTED FOR FILING** |

　　　　On December 22, 2006, plaintiff filed what appears to be a complaint and an application to proceed *in forma pauperis* in this Court. In accordance with the Court's February 14, 2006 Order Adjudging Plaintiff a Vexatious Litigant Subject to Pre-Filing Review, the Court reviewed plaintiff's December 22, 2006 document to determine whether it should be accepted for filing. The Court concludes that it should not. The document states no independent claims, but rather refers the reader to an earlier action filed by plaintiff (*Elliott v. Beck*, No. C 06-80349) and to an action he subsequently filed (*Elliott v. Patel and Illston*, No. C 06-80360). The earlier action was denied filing by order of this Court on December 18, 2006. The subsequent action will be handled by another judge of this court, to whom Mr. Elliott may present this document if he is allowed to proceed.

　　　　Accordingly, plaintiff's document shall not be accepted for filing in this action, and plaintiff's application to proceed *in forma pauperis* is DENIED as moot.

　　　　**IT IS SO ORDERED.**

Dated: January 8, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge